*F6832*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARROWOOD INDEMNITY COMPANY,  Index No.: 08-CV-6153 (SHS)(RLE)
a Delaware Corporation, as successor in interest
to Security Insurance Company of Hartford,
a foreign corporation,

      Plaintiff,     ***NOTICE OF MOTION***

 -against-

GIBSON & BEHMAN, P.C.,
a Massachusetts professional Corporation

      Defendant.
------------------------------------------------------------------X

 Please take notice, that the Defendant, GIBSON & BEHMAN, P.C., by their attorneys, ABRAMS, GORELICK, FRIEDMAN & JACOBSON, P.C., upon the Memorandum of Law, the Affirmation of Barry Jacobs, and all exhibits thereto, will bring a motion seeking an Order pursuant to Fed.R.Civ. P. 12(b)(6) dismissing plaintiff's Complaint on all causes of action for failure to state a claim, and for such other and further relief as the Court deems justified under the circumstances.

Dated: New York, New York
   August 12, 2008

           ABRAMS, GORELICK, FRIEDMAN &
           JACOBSON, P.C.
           Attorneys for Defendant,
           GIBSON & BEHMAN, P.C.
           By:_____
            Barry Jacobs (BJ – 0216)
           One Battery Park Plaza – Fourth Floor
           New York, New York  10004
           (212) 422-1200

TO: Peter J. Johnson, Esq. (PJJ-5589)
   LEAHEY & JOHNSON, P.C.

1

Attorneys for Plaintiff
ARROWOOD INDEMNITY COMPANY,
a Delaware Corporation, as successor in interest
to Security Insurance Company of Hartford,
a foreign Corporation
120 Wall Street
Suite 2200
New York, New York 10005
(212) 269-7308
pjohnsonjr@leaheyandjohnson.com