STATE OF NEW YORK    )
                                          )ss.:
COUNTY OF NEW YORK   )

       Angel DeJesus, being duly sworn, deposes and says:

       I am not a party to the within action; I am over 18 years of age; I reside in New York, New York.

       On August 12, 2008, I served the within **Motion to Dismiss** upon:

Peter J. Johnson, Esq. (PJJ-5589)
LEAHEY & JOHNSON, P.C.
Attorneys for Plaintiff
ARROWOOD INDEMNITY COMPANY,
a Delaware Corporation, as successor in interest
to Security Insurance Company of Hartford,
a foreign Corporation
120 Wall Street
Suite 2200
New York, New York 10005
(212) 269-7308
pjohnsonjr@leaheyandjohnson.com

above address by depositing a true copy of same, enclosed in a stamped, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                               _____
                                                                               Angel DeJesus

Sworn to before me this
12th day of August, 2008

_____
Notary Public

ROSE FORTUNATO
COMMISSIONER OF DEEDS
CITY OF NEW YORK NO. 5-732
CERTIFICATE FILED IN RICHMOND COUNTY
COMMISSION EXPIRES MAY 1, 20 _10_