CERTIFICATE OF SERVICE

I, hereby certify that on this 13th day of August, 2008 a true and correct copy of:

**Notice of Motion**, **Motion to Admit Pro Hac Vice, and Exhibits**

in the matter bearing Index No.: 08-CV-6153 (SHS) (RLE) were served upon opposing counsel by depositing them in the United States mail in a properly addressed envelope with sufficient postage, addressed as follows:

To:

Abrams, Gorelick, Friedman & Jacobson, P.C.
One Battery Park Plaza, Fourth Floor
New York, New York 10004

Yours etc.,
LEAHEY & JOHNSON, P.C.
Attorneys for Plaintiff
ARROWOOD INDEMNITY COMPANY
120 Wall Street, Suite 2200
New York, New York 10005
(212) 269-7308

BY: _____
BRIAN CASEY (7548)