```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARROWOOD INDEMNITY COMPANY,
a Delaware corporation, as successor in interest to
Security Insurance Company of Hartford,
a foreign corporation,

          *Plaintiff*,

    - against -

GIBSON & BEHMAN, P.C., a Massachusetts
professional corporation,

          *Defendants*.
------------------------------------------------------------X

Index No.: 08-CV-6153 (SHS) (RLE)

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Brian Casey, Esq., attorney for Plaintiff, and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that:

    Gary A. Grasso, Esq. (IL. ARDC # 3121760)
    Adam R. Bowers, Esq. (IL. ARDC # 6277163)
    GRASSO BASS & WILLIAMS, P.C.
    760 Village Center Drive, Suite 200
    Burr Ridge, IL 60527
    (630) 654-4500
    (630) 455-4646 Facsimile

are admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 8/18/08
New York, New York

_____
United States District ~~Magistrate Judge~~ Judge