

Abrams, Gorelick, Friedman & Jacobson, PC
Attorneys At Law

One Battery Park Plaza
4th Floor
New York, NY 10004

Phone: 212 422-1200
Fax: 212 968-7573
www.agfjlaw.com

August 20, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

**VIA FACSIMILE TRANSMISION** (212) 805-7924
The Honorable Sidney H. Stein
The United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

   Re: *Arrowood Indemnity Company*
      *v. Gibson & Behman, P.C.*
     Case No. 08-CV-6153
     Our File No.:6832

MEMO ENDORSED

Dear Judge Stein:

  We represent the defendant Gibson & Behman, P.C., in the above-referenced matter and submit this application, with the consent of plaintiff's counsel, to adjourn the initial conference set for September 12, 2008. The reason for this request is that I will be unavailable and out of the country during that time. I will be belatedly celebrating my 25th wedding anniversary with my wife. I have spoken to Brian Casey, Esq., of the Leahey & Johnson firm, who is agreeable to the request.

  There have been no prior requests for adjournments nor extensions. In addition, there are no other scheduled dates which will be affected by this adjournment.

  The Court has granted the application to admit Gary Grasso and Adam Bowers *pro hac vice* in this case. Mr. Casey has advised that these two lawyers intend to participate in the preparation of papers opposing the pending Rule 12(b)(6) motion to dismiss plaintiff's complaint. Mr. Casey asked me to pass along his request, which I join, that a briefing schedule be addressed at the time of the initial conference. Mr. Casey has advised me that Mr. Grasso and Mr. Bowers would appreciate such a time table being established to give them some frame work as to when their opposition papers need to be in Court.

*8/21/08 Responsive papers to the motion to dismiss are due Sept 19; reply due Sept 26. Sept 12 conference is cancelled.*

SO ORDERED 8/21/08

SIDNEY H. STEIN
U.S.D.J.

| AGF&J | Abrams, Gorelick, Friedman & Jacobson, PC
Attorneys At Law

Honorable Sidney H. Stein
United States District Judge
August 20, 2008
Page -2-

    Thank you for your consideration of the above.

                          Respectfully Yours,

                          *ABRAMS, GORELICK, FRIEDMAN*
                             *& JACOBS, P.C.*

                  By: _____
                          Barry Jacobs

BJ:ycj

Cc:   *Via Facsimile Transmission (212) 422-4751*
      Brian Casey, Esq.,
      Leahey & Johnson, P.C.
      120 Wall Street, Suite 2200
      New York, New York 10007